Daniel Sadeh, Esq.
**HALPER SADEH LLP**
375 Park Avenue, Suite 2607
New York, NY 10152
Telephone: (212) 763-0060
Facsimile: (646) 776-2600
Email: sadeh@halpersadeh.com

*Counsel for Plaintiff*

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| RALPH VOLLWEILER,<br><br>  Plaintiff,<br><br>v.<br><br>CINCINNATI BELL INC., LYNN A. WENTWORTH, MEREDITH J. CHING, WALTER A. DODS, JR., JOHN W. ECK, LEIGH R. FOX, JAKKI L. HAUSSLER, CRAIG F. MAIER, RUSSEL P. MAYER, THEODORE H. TORBECK, and MARTIN J. YUDKOVITZ,<br><br>  Defendants. | Case No: 1:20-cv-01120-WFK-SMG<br><br>**NOTICE OF VOLUNTARY DISMISSAL PURSUANT TO FED. R. CIV. P. 41(a)(1)(A)(i)** |

PLEASE TAKE NOTICE that, pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, Plaintiff Ralph Vollweiler hereby voluntarily dismisses the above-captioned action without prejudice. Defendants have not served an answer or a motion for summary judgment.

Dated: April 12, 2020                                Respectfully submitted,

                                                     **HALPER SADEH LLP**

                                                     By: /s/ Daniel Sadeh
                                                     Daniel Sadeh, Esq.
                                                     375 Park Avenue, Suite 2607

1

>New York, NY 10152
>Telephone: (212) 763-0060
>Facsimile: (646) 776-2600
>Email: sadeh@halpersadeh.com

*Counsel for Plaintiff*

## **CERTIFICATE OF SERVICE**

      I, Daniel Sadeh, hereby certify that on April 12, 2020, a true and correct copy of the annexed **NOTICE OF VOLUNTARY DISMISSAL PURSUANT TO FED. R. CIV. P. 41(a)(1)(A)(i)** was served in accordance with the Federal Rules of Civil Procedure with the Clerk of the Court using the CM/ECF system, which will send a notification of such filing to all parties with an email address of record who have appeared and consented to electronic service in this action.

Dated: April 12, 2020                                                  /s/ Daniel Sadeh
                                                                                       Daniel Sadeh